**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  William C. Price (Bar No. 108542)
  williamprice@quinnemanuel.com
  Tigran Guledjian (Bar No. 207613)
  tigranguledjian@quinnemanuel.com
  Valerie Roddy (Bar No. 235163)
  valerieroddy@quinnemanuel.com
  Rachael L. McCracken (Bar No. 252660)
  rachaelmccracken@quinnemanuel.com
  Jordan B. Kaericher (Bar No. 265953)
  jordankaericher@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Counsel for Intertrust Technologies Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION,<br><br>    Movant,<br><br>        v.<br><br>DOLBY LABORATORIES, INC.,<br><br>    Respondent. | Misc. Case No. 3:20-mc-80184-AGT<br><br>**PROOF OF SERVICE** |

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Quinn Emanuel Urquhart & Sullivan, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017-2543.

On October 22, 2020, I served true copies of the following document described as

**DECLARATION OF JANET C. SHAMILIAN IN SUPPORT OF INTERTRUST TECHNOLOGIES CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF ITS MOTION TO COMPEL**

on the following interested parties and listservs:

1. **Leslie Spencer**
   Desmarais LLP
   230 Park Avenue
   New York, NY 10169
   Phone: (212) 351-3400
   LSpencer@desmaraisllp.com
2. **DolbyDLLPService@desmaraisllp.com**
3. **Dolby-Intertrust-RGService@ropesgray.com**

**BY EMAIL OR ELECTRONIC TRANSMISSION**: By electronic mail transmission from janetshamilian@quinnemanuel.com on Thursday, October 22, 2020, by transmitting a PDF format copy of such document to each such person at the email address listed below their address(es). The document was transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 22, 2020, at Los Angeles California.

_____
Janet C. Shamilian