UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION,<br><br>Movant,<br><br>v.<br><br>DOLBY LABORATORIES, INC.,<br><br>Respondent. | Case No. 20-mc-80184-EMC (JCS)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 3, 14, 18 |

The Court has reviewed the parties' administrative motions to file under seal at docket entries 3, 14 and 18. Each is supported only by a declaration from an attorney for Dolby Laboratories stating that Dolby designated the material at issue as highly confidential, and that any material so designated is sensitive and would harm Dolby if disclosed. *See* 1st Spencer Decl. (dkt. 9); 2d Spencer Decl. (dkt. 16); Wang Decl. (dkt. 18-1).

This Court's local rules provide that "[r]eference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." Civ. L.R. 79-5(d)(1)(A). Dolby's declarations are therefore inadequate.

Nevertheless, the Court has reviewed the material at issue and determined that it meets the relaxed "good cause" standard for sealing applicable to the discovery disputes for which it was filed. The motions are therefore GRANTED. Dolby is admonished that, going forward, any declarations submitted in support of filing documents under seal must set forth particular reasons *why* disclosure would harm Dolby, or some other specific grounds for sealing beyond the mere fact that Dolby designated the material at issue as confidential.

**IT IS SO ORDERED.**

Dated: June 10, 2021

JOSEPH C. SPERO
Chief Magistrate Judge